RUTH V. MORSE, Appellant, v. STATE OF NEW YORK, Respondent.— It appearing from the argument that the Court of Claims has now determined the amount of damages, the motion is, therefore, academic. Motion dismissed, without costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of LILLIAN I. HEIMROTH, Respondent, against ELK TRANSPORTATION COMPANY, INC., and SUN INDEMNITY COMPANY OF NEW YORK, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the employer and carrier from an award of the State Industrial Board which granted death benefits to claimant. The husband of claimant was assaulted and killed by a fellow-employee at the employer's place of business. The Board has found that decedent's death was caused by accidental injuries arising out of and in the course of his employment. There is evidence to support this finding. Award affirmed, with costs to the State Industrial Board. Hill, P. J., Crapser and Foster, JJ., concur; Bliss and Schenck, JJ., dissent.

MABEL L. CRANE, as Administratrix, etc., of ARTHUR MORTON CRANE, JR., Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 24038.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of the BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant, for an Order under Article 78 of the Civil Practice Act, against ERNEST E. COLE, as Commissioner of Education of the State of New York, and ISABEL M. S. WHITTIER, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

## (January 20, 1942.)

LOUIS H. PINK, Superintendent of Insurance of the State of NEW YORK, as Liquidator of HUDSON COUNTIES TITLE AND MORTGAGE COMPANY, Respondent, v. JOHN R. SEAMAN, Appellant.— The Superintendent of Insurance consenting to waive costs and disbursements as allowed, the order appealed from is modified by striking out the allowance for costs and disbursements. Appeal from order of assistance, as thus modified, dismissed, without costs, upon the ground that the appellant is not an aggrieved party. Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ., concur.

## (January 21, 1942.)

In the Matter of the Claim of CLAUDE CLARKE, Claimant, against CHARLES J. HERSON and RUTH K. HERSON, Appellants, and AMERICAN MUTUAL LIABILITY INSURANCE Co., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to prosecute appeal as a poor person and to submit the matter upon a typewritten record and brief granted, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.